UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONAVEN MARKUS CARRASCO,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY DISTRICT COURT, STATE OF WASHINGTON, RYAN SAUNDERS, and KELLY BARRETT,<br><br>Defendants. | Case No. 2:26-mc-00023-TMC<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

## I.    INTRODUCTION

The Court is in receipt of *pro se* Petitioner Donaven Markus Carrasco's "emergency omnibus petition to vacate the competency evaluation (MP 201) and the states discovery protection order, and subpoena duces tecum, & immediate substitution or termination of assigned counsel for private attorney." Dkt. 1. District courts have a duty to construe *pro se* pleadings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). The Court construes this motion as a motion for a temporary restraining order ("TRO"). For the reasons explained below, Mr. Carrasco's motion for a TRO is DENIED.

## II.    DISCUSSION

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

To obtain a TRO, a plaintiff must "make a clear showing (1) that '[they are] likely to succeed on the merits, (2) that [they are] likely to suffer irreparable harm in the absence of preliminary relief, (3) that the balance of equities tips in [their] favor, and (4) that an injunction is in the public interest.'" *Starbucks Corp. v. McKinney*, 602 U.S. 339, 346 (2024) (quoting *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)).

Mr. Carasco's motion does not sufficiently address the *Winter* factors. Most importantly, it fails to show a likelihood of success on the merits. Except under very narrow circumstances that are not present here, federal courts must abstain from interfering with pending state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37 (1971). Additionally, the Court cannot assess the merits of Mr. Carasco's underlying legal claims because his motion for a TRO is not accompanied by a civil complaint. *Goldwire v. Mohr*, No. 2:17-CV-64, 2017 WL 4777003, at *1 (S.D. Ohio Oct. 23, 2017) (motion for a TRO with no complaint is subject to dismissal without prejudice).

### III.    CONCLUSION

For the aforementioned reasons, Mr. Carrasco's emergency motion (Dkt. 1) is DENIED. The Clerk of Court is respectfully requested to reopen this matter as a civil case. Mr. Carrasco must file a complaint and the other documents necessary to begin a civil case no later than May 12, 2026. If he does not do so, the case will be dismissed without prejudice.

The Clerk of Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of April, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2